**PETITION UNDER 28 USC §2225 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District Southern District Of New York | |
|---|---|---|
| Name of Movant Wade Quion | Prisoner No. 90728-054 | Case No. 11CR-793-01 |
| Place of Confinement USP. Florence | | |
| UNITED STATES OF AMERICA   V.   Wade Quion | | |
| | (name under which convicted) | |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   Southern District Of New York

2. Date of judgment of conviction November 13 2014

3. Length of sentence 393 Months

4. Nature of offenses involved (all counts) 924(c)(iii), 924(J)



5. What was your plea?   (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: I pled Guilty I pled Guilty to 924(J) and My 924(c) was dismissed



6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐        No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐        No ☑

RECEIVED MAY 21 2020 PRO SE OFFICE

9.  If you did appeal, answer the following:

   (a)  Name of court: _____

   (b)  Result _____

   (c)  Date of result _____

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐        No ☑

11.  If your answer to 10 was "yes," give the following information:

   (a)  (1)  Name of court _____

       (2)  Nature of proceeding _____

_____

       (3)  Grounds raised _____

_____

_____

_____

       (4)  Did you receive an evidentiary hearing on your petition, application or motion?

          Yes ☐        No ☐

       (5)  Result _____

       (6)  Date of result _____

   (b)  As to any second petition, application or motion give the same information:

       (1)  Name of court _____

       (2)  Nature of proceeding _____

_____

       (3)  Grounds raised _____

_____

_____

_____

_____

2

(4)  Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐                     No ☐

(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1)  First petition, etc.                     Yes ☐                 No ☐

(2)  Second petition, etc.                Yes ☐                 No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

D. Ground four: Due process violation

Supporting FACTS (state *briefly* without citing cases or law) My indictment wasnt in accordance with constitional law or statutory law

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

none of them were presented b/c I didnt file direct appeal. I was ignorant of these errors and my lawyer didnt bring them up

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐          No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing Sabrina Shroff

(b) At arraignment and plea Sabrina shroff. (I dont rennember if my mitigater David Stern was there

(c) At trial

(d) At sentencing Sabrina Shroff

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Ineffective Assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law) My indictment doesn't charge an underlying crime of violence or Drug trafficing. However it charges a 924(c) which requires an underlying offence. Had this been argued My indictment would have been dismissed.

B. Ground two: Lack of Jurisdiction

Supporting FACTS (state *briefly* without citing cases or law) without a fatal & sufficient indictment a court doesn't acquire Jurisdiction My 924(c) lacks an underlying federal crime which is a Jurisdictional requirement it references assault but General assault isn't a federal crime & to charge the Also in same count would be Multiplicitous

C. Ground three: 14th Amendment Violation.

Supporting FACTS (state *briefly* without citing cases or law) I was indicted Prosecuted convicted & am still incarcerated for a fatally defective indictment

(e)  On appeal _____

_____

(f)  In any post-conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐          No ☑

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐          No ☑

(a)  If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐          No ☐

Wherefore, movant prays that the court grant petitioner relief to which he or she may be entitled in this proceeding. sentence to be vacated 3 immediately Released

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5/13/2020
(Date)

Wade Quiah
Signature of Movant

## MOTION UNDER 28 USC §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he or she wishes to attack, the movant should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions – Read Carefully*

1) This motion must be legibly handwritten or typewritten and signed by the movant under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt, motion will be filed if it is in proper order. No fee is required with this motion.

4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in *forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed in *forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

**PETITION UNDER 28 USC §2225 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

## UNITED STATES DISTRICT COURT

| Name of Movant | District |
| --- | --- |
| Wade Quioh | Southern District of New York |
| Place of Confinement | Prisoner No. | Case No. |
| | 90728-054 | 11CR-793-01 |

| UNITED STATES OF AMERICA | V. | Wade Quioh |
| --- | --- | --- |
| | | (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   Southern District of New York

2. Date of judgment of conviction   November 13 2014

3. Length of sentence   293 Months

4. Nature of offenses involved (all counts)   924(c)(iii), 3 924(J)

5. What was your plea?   (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☑
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: I pled guilty to 924(J) and My 924(C) was dismissed

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐        No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐        No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Result _____

(c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐          No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _____

   (2) Nature of proceeding _____

   _____

   (3) Grounds raised _____

   _____

   _____

   _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?

   Yes ☐          No ☐

   _____

   (5) Result _____

   (6) Date of result _____

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____

   (2) Nature of proceeding _____

   _____

   (3) Grounds raised _____

   _____

   _____

   _____

   _____

(4)  Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐        No ☐

(5)  Result _____

(6)  Date of result _____

(c)  Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
   (1)  First petition, etc.       Yes ☐     No ☐
   (2)  Second petition, etc.    Yes ☐     No ☐

(d)  If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    <u>Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b)  Conviction obtained by use of coerced confession.

D. Ground four: Due process violation

Supporting FACTS (state *briefly* without citing cases or law) My indictment
wasnt in accordance with
constitutional or statutory law

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what
grounds were not so presented, and give your reasons for not presenting them:
None of them were presented b/c I
didnt file a direct appeal. I was
ignorant to these errors & my lawyer
didnt bring them up.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐      No ☑

15. Give the name and address, if known, of each attorney who represented you in the following
stages of judgment attacked herein:
(a) At preliminary hearing  Sabrina Shroff

(b) At arraignment and plea  Sabrina Shroff (I dont
remember if my mitigater  David Stern  was there)

(c) At trial

(d) At sentencing  Sabrina Shroff.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assistence of Counsel

Supporting FACTS (state *briefly* without citing cases or law) My indictment doesnt charge an underlying crime of violence or Drugtrafficking, however it charges a 924(c) which requires an underlying offence. had this been argued My indictment would've been dismissed

B. Ground two: Lack of Jurisdiction

Supporting FACTS (state *briefly* without citing cases or law) Without a formal & sufficient indictment a court doesnt acquire Jurisdiction My 924(c) lacks an underlying federal crime which is a Jurisdictional requirement it references assault but assaot isnt a federal crime & to charge the two in the same count would be Multiplicitous

C. Ground three: 14th Amendment Violation

Supporting FACTS (state *briefly* without citing cases or law) I was indicted convicted & am still incarcerated for a fatally defective indictment

(e)  On appeal _____

_____

(f)  In any post-conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐        No ☑

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐        No ☑

(a)  If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐        No ☐

Wherefore, movant prays that the court grant petitioner relief to which he or she may be entitled in this proceeding.  the sentence to be vacated & IMmediate Release

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5/13/20
(Date)

Wade queen
Signature of Movant

Nicole Gunah
2725086y
United States Penitentiary Florence
P.O. Box 7500
RECEIVED $3.30

CLERKS OFFICE
OF US OF RICE

MAY 21 2020

USPP3
SDNY

Clerk of the Clerk of the United Stats court House
500 Pearl St
New York Ny 10007-1312



RECEIVED

2020 MAY 21  AM 10: 53

CLERK'S OFFICE
S.D.N.Y.