UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WADE QUIAH,

                Movant,

    - against -

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

20 Civ. 4000 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having received Movant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that the United States Attorney for the Southern District of New York shall file an answer or other pleading in response to the motion, along with transcripts of any relevant proceedings not already contained the record, by **August 26, 2020**. The Movant shall file reply papers, if any, by **September 28, 2020**.

        The Clerk of the Court is directed to serve copies of this Order, the motion and all other papers in support thereof upon the United States Attorney for the Southern District of New York.  A copy of this Order has been mailed to the pro se Movant by Chambers.

Dated: New York, New York
      May 26, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge