UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WADE QUIAH,

            Movant,

-against-

UNITED STATES OF AMERICA,

            Respondent.

**ORDER**

20 Civ. 4000 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Movant has filed a motion to vacate his sentence. (Dkt. No. 1) The Court previously ordered "that the United States Attorney for the Southern District of New York shall file an answer or other pleading in response to the motion, along with transcripts of any relevant proceedings not already contained [in] the record, by **August 26, 2020**." (See Dkt. No. 2 (emphasis in original))

        The Government has not complied with the Court's order. The Government will make its submission by January 22, 2021.

        A copy of this Order has been mailed to the pro se Movant by Chambers.

Dated: New York, New York
       January 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge