In the United States District Court
for the Southern District of New York

Wade Quiah
  Movant
-against-
United States of America
  Respondent

Case: 20 Civ. 4000

RECEIVED
SDNY PRO SE OFFICE
2021 APR 27 AM 10:45

Motion requesting a summery Judgement to view the governments default or failure to comply with court order to file an answer to Movants Motion as a concession.

Comes now Movant, Wade Quiah requesting a summery Judgement to view governments default or failure to file an answer to Movants Motion by January 22, 2021 and also the initial order instructing the government to respond by August 26, 2020

**Memo Endorsed:** This application is denied. The Government filed an opposition to Mr. Quiah's motion (Dkt. No. 1) on January 22, 2021. (See Dkt. No. 5)  Mr. Quiah has until **May 28, 2021,** to file a reply to the Government's opposition. The Clerk of Court is directed to both: (1) send a copy of this Order to Mr. Quiah, and (2) send Mr. Quiah another copy of the Government's letter brief in opposition (Dkt. No. 5).

SO ORDERED.

*Paul G. Gardephe*

———————————————
Paul G. Gardephe
United States District Judge

Dated: April 28, 2021

In the United States District Court
for the Southern District of New York

Wade Quiah
Movant
-against-
United States of America
Respondent

Case: 20 civ. 4000

Affidavit of Wade Quiah

I Wade Quiah (Movant), proceeding pro-se depose and state that the following facts are true and correct under the penalty of perjury to wit:

1. I Wade Quiah state that the Government was ordered to file an answer to my Motion by August 26, 2020 then ordered again to file an answer by January 22, 2021. It is now April 19, 2021 nine months from the initial order and four months from the most recent

2. I Wade Quiah state that due to the Governments failure to comply with the court order I'm requesting a

summary judgement to view this default or failure as a concession.

I, Wade Quiah declare under the penalty of perjury pursuant to 28 USC § 1746, that the above stated facts are true and correct

Executed on this 19th day of April 2021,

Respectfully submitted

_Wade Quiah_
Wade Quiah



FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

APR 22 2021

DATE: _____ "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

APR 19 2021

Correctional Counselor FBOP
M. Kyley
Checked & Viewed Mail or Legal

2021 APR 27 AM 10:32
RECEIVED
SDNY PRO SE OFFICE