RECEIVED
SDNY PRO SE OFFICE
2021 MAY 28  AM 11:02

In the United States District Court for the Southern District of New York,

Wade Quiah
 Petitioner
 against
United States of America
 Respondent

case: 20. civ. 4000

Motion requesting an extension of time

Comes now Movant Wade Quiah requesting an extension of time because Movant didnt recieve governments responce untill after Movant filled summery Judgement Motion. Movant recieved government responce May 10 2021

Memo Endorsed: Quiah shall file a reply by June 30, 2021. The Clerk of Court is directed to send a copy of this Order to Quiah.

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge

Dated: June 1, 2021