In the United States District Court for the Southern District of New York

Wade Quiah
  Movant
  -against-
United States of America
  Respondant

case: 20 civ. 4000

Motion requesting to strike all language utilizing "underlying crime" and replace it with "predicate statute" pursuant to Federal rules of civil procedures 15(c)

Comes now Movant Wade Quiah requesting to strike all language where i used "underlying crime" and to replace it with "predicate statute" pursuant to Fed. R. Civ. Proc 15(c)

Memo Endorsed: The application is granted to the extent that this Court will construe "underlying crime," as used in Quiah's papers, to mean "predicate statute." The Clerk of Court is directed to mail a copy of this Order to Quiah.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: June 20, 2021